1 LAW OFFICES OF GREGORY J. LUCETT
2 330 North Brand Blvd., Suite 900
Glendale, CA 91203
Telephone: (818) 548-6326
3 By: ROBERT PFENNING
State Bar No. 191979
4 Our File No. 0353546765.1-
5 Attorneys for Defendant(s):

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY AS SUBROGEE OF LES NORTH,<br><br>　　Plaintiffs,<br><br>vs.<br><br>PHILIP VICK, CHRISTOPHER CRUZ CERVANTES, DEPARTMENT OF THE U.S. NAVY,<br><br>　　Defendant. | CASE NO. 2:15-CV-02355-GEB-KJN<br><br>**ORDER OF DISMISSAL** |

1

Pursuant to the Request for Dismissal (ECF No. 11) filed by Plaintiff Allstate Indemnity Company as subrogee of Les North, this action is hereby DISMISSED with prejudice in its entirety, with each party to bear their own costs.

IT IS SO ORDERED.

Dated:  February 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT